UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKSON HEWITT INC., <br><br> Plaintiff, <br><br> v. <br><br> LARSON & SAVAGE, INC. RAYMOND MEDEIROS, CHUNFGU HSIEH, <br><br> Defendants. | Civ. No. 13-403 (WJM) <br><br><br> ORDER |

**THIS MATTER** comes before the Court on Plaintiff's unopposed motion to strike the answer and counterclaim of Defendants Larson & Savage, Inc. and Raymond Medeiros, and to enter default against those same Defendants.

On August 8, 2014, the Honorable Mark Falk filed a Report and Recommendation recommending that the undersigned grant Plaintiff's motion. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 2 day of September 2014, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

1

**ORDERED** that the answer and counterclaim of Defendants Larson & Savage, Inc. and Raymond Medeiros are **STRICKEN**; and it is further

**ORDERED** that **DEFAULT** is entered against Defendants Larson & Savage, Inc. and Raymond Medeiros.

.

                                                          WILLIAM J. MARTINI, U.S.D.J.

cc:    The Hon. Mark Falk, U.S.M.J.